IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAE HWAN HWANG, and YOUNG HWANG : | CIVIL DOCKET NO. 2:09-cv-01178-el |
| v. : | |
| SIEMENS-FURNAS CONTROLS, et al. : | |

## SIEMENS ENERGY & AUTOMATION, INC.'S, IMPROPERLY SUED AS SIEMENS-FURNAS CONTROLS AND FURNAS ELECTRIC CO. (HEREINAFTER "ANSWERING DEFENDANT") ANSWER TO CROSS CLAIMS OF AMERICAN MEAT EQUIPMENT CORP. AND AMERICAN EQUIPMENT LLC

Defendants, Siemens Energy & Automation, Inc. improperly sued as Siemens-Furnas Controls and Furnas Electric Co. (hereinafter "answering defendant"), by and through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby answers these cross-claims as follows:

1. The title of the crossclaims "New Matter" is not a proper designation as to crossclaims in federal court and should be stricken. Denied. This paragraph sets forth legal conclusions to which no responsive pleading is required. On the contrary, answering defendants are in not in any way responsible for the alleged injuries and acted free of any carelessness, recklessness, negligence, or other breach at any time.

2. Denied. This paragraph sets forth legal conclusions to which no responsive pleading is required. On the contrary, answering defendants are in not in any way responsible for the alleged injuries and American Meat Equipment Corp. and American Equipment LLC are not responsible for indemnity and/or contribution nor are they jointly and severally liable.

WHEREFORE, answering defendant respectfully request that judgment be entered in their favor and against defendants Butcher Boy Limited d/b/a Butcher Boy, and IGB Systems Limited d/b/a Butcher Boy; William Lasar III d/b/a Butcher Boy, and Butcher Boy; Lasar Manufacturing Company,

392118.1

Inc. d/b/a Butcher Boy; Westglen Corporation d/b/a Butcher Boy; American Meat Equipment Corp. d/b/a Butcher Boy; and American Meat Equipment LLC d/b/a Butcher Boy, and Butcher Boy along with attorney's fees and other costs that the Court deems just and proper.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
Kathleen D. Wilkinson, Esquire
Attorney I.D. No. 34579
Attorney for Defendants
Siemens Energy & Automation, Inc. improperly
sued as Siemens-Furnas Controls and Furnas
Electric Co.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THE CURTIS CENTER • SUITE 1130 EAST • INDEPENDENCE SQUARE WEST • PHILADELPHIA, PA 19106
PHONE: (215) 627-6900 • FAX: (215) 627-2665
392118.1

# **CERTIFICATE OF SERVICE**

I, KATHLEEN D. WILKINSON, ESQUIRE, hereby certify that service of a true and correct of the within Answer to Cross Claims of American Meat Equipment Corp. and American Equipment LLC was made on _Oct. 28_, 2009 by First-Class Mail, postage prepaid, as follows:

Christy Adams, Esquire
Adams Renzi Law
1601 Sansom Street, Suite 2C
Philadelphia, PA 19103
*Attorney for Plaintiffs, Jae Hwan Hwang and Young Hwang*

Francis J. Deasey, Esquire
Athena Pappas, Esquire
Deasey Mahoney & Valentini, Ltd.
1601 Market Street, Suite 3400
Philadelphia, PA 19103-2301
Tel: 215 587-9400
Fax: 215-587-9456
*Attorneys for Defendant, American Meat Equipment Corp.*

_/s/ [signature]_

- 3 -
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THE CURTIS CENTER • SUITE 1130 EAST • INDEPENDENCE SQUARE WEST • PHILADELPHIA, PA 19106
PHONE: (215) 627-6900 • FAX: (215) 627-2665

392118.1