**Knight, Steven J.**

From: Wlasar [wlasar@yahoo.com]
Sent: Thursday, February 25, 2010 11:16 AM
To: Knight, Steven J.
Subject: Fwd: TALKED TO YOU ON PHONE

Sent from my iPhone

Begin forwarded message:

> From: William Lasar <wlasar@yahoo.com>
> Date: February 2, 2010 9:56:45 PM CST
> To: ca@adamsrenzilaw.com
> Subject: Re: TALKED TO YOU ON PHONE
>
> Hello Christy,
>
> I confirm that I do not have insurance coverage for products liability.
>
> In addition, I have no materials of any kind, including insurance, for Lasar Manufacturing, Westglen or IGB Systems.
>
> Please let me know if you have any further questions.
>
> Thank you,
>
> William Lasar III

From: "ca@adamsrenzilaw.com" <ca@adamsrenzilaw.com>
To: wlasar@yahoo.com
Sent: Tue, February 2, 2010 11:48:15 AM
Subject: TALKED TO YOU ON PHONE

Mr. Lasar,
I represent Jae Hwang. I spoke to you on the telephone in October after you received a copy of the Complaint. You indicated that you are retired and have no insurance.

I just had a conference with Judge Carracappa in Eastern District Court, Philadelphia. The issue was brought up about whether you had insurance in the past. The reason is that the policy may be applicable, depending on the language.

Can you please look through your materials for past insurance you had for Lasar Manufacturing, Westglen & IGB Systems?
Thank you,
Christy Adams


EXHIBIT A-1

2/25/2010

Christy Adams
Attorney-at-Law

Adams Renzi Law
1601 Sansom Street, Suite 2C
Philadelphia, PA 19103
P: (215) 546-4208
F: (215) 546-1336
ca@adamsrenzilaw.com

This electronic mail and any attachments are intended only for the use of the intended recipient and may contain trade secrets, privileged or otherwise confidential information. Unauthorized review, use or dissemination of this electronic mail or the information contained herein or attached hereto by any person other than the intended recipient is prohibited. If you have received this message in error, or believe you are not authorized to receive this message, please contact: ca@adamsrenzilaw.com.

2/25/2010